LOUIS SPOLTER and Another, Respondents, v. ISIDORE WEINBAUM, Appellant. (Appeal No. 2.) — Order reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

SHIRE STARASVETSKY, Respondent, v. PHILIP FELDMAN, Appellant, Impleaded with Another.— Judgment and order reversed on the law, with costs, and motion for summary judgment denied, with ten dollars costs. The affidavit of the defendant, if believed, shows a defense of alteration of the note after its signature by the defendant; and also a defense that the note was not the individual note of the defendant, but was a corporation note, and known by plaintiff to be such. Alteration of a note may be shown under a general denial. (*Boomer v. Koon*, 6 Hun, 645; *Schwarz v. Oppold*, 74 N. Y. 307.) The complaint before us pleads the note according to its legal effect, and the defendant makes general denial. Under the circumstances it is for a jury to determine the truth in the case. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

JACOB STEINMAN, Appellant, v. ISADORE B. LEVINE, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning and Young, JJ., concur; Kapper, J., not voting.

WILLIAM L. WALLACE, Respondent, v. GEORGE C. TAYLOR, as President of AMERICAN EXPRESS COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

GEORGE WENDOVER, JR., as Administrator, etc., of CLAUDE E. WENDOVER, Deceased, Respondent, v. ADA M. TRAVER, Appellant.— Order setting aside verdict and granting new trial reversed upon the law, with costs, and verdict reinstated. The case having been submitted to the jury solely upon the issue of nuisance, and the court in its change having entirely eliminated the question of contributory negligence, the alleged erroneous testimony could have had no bearing upon the result. Kelly, P. J., Jaycox, Manning and Young, JJ., concur; Kapper, J., not voting.

GEORGE C. WHITE, Respondent, v. FRED H. PONTY and Another, Appellants, Impleaded with Others, Defendants.— The plaintiff having stated in this court that he waived so much of his demand for relief in the complaint as prays for the removal of the roller-coaster and merry-go-round, that portion of the demand for relief is stricken out. The complaint as thus amended is clearly one for equitable relief, and triable by the court without a jury. The order as so modified is affirmed, without costs. Kelly, P. J., Jaycox, Manning and Young, JJ., concur; Kapper, J., not voting.